UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
MAXMILLIAN SLOEY,             :     08 Civ. 111 (WHP)
                              :
            Plaintiff,        :     SCHEDULING ORDER No. 1
                              :
    -against-                 :
                              :
UNITED STATES OF AMERICA,     :
                              :
            Defendant.        :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

WILLIAM H. PAULEY III, District Judge:

Maxmillian Sloley having petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, it is ordered that:

(1) Respondent shall serve and file a response to the petition on or before sixty days, along with all relevant parts of the state court record;

(2) The Clerk of Court shall serve copies of this Order and the petition by certified mail upon the United States Attorney's Office, Southern District of New York; and

(3) Petitioner shall have forty-five days from the date on which he is served with respondent's answer to file a response; the petition will be considered fully submitted as of that date.

Dated: February 4, 2008
       New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Copy mailed to:*

Mr. Maxmillian Sloley
55501-054
USP Lee
P.O. Box 305
Jonesville, VA 24263
*Plaintiff Pro Se*