

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2008

**BY HAND**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

      Re:    **Maxmillian Sloley v. United States**,
            08 Civ. 111 (WHP)

Dear Judge Pauley:

      The petitioner in the above-referenced case, Maxmillian Sloley, has submitted a habeas petition pursuant to 18 U.S.C. § 2255 for this Court's consideration. On February 4, 2008, the Court issued an Order requiring the Government to respond to the petition within 60 days, or by April 4, 2008. I am the Assistant United States Attorney who will be preparing the Government's response to the petitioner's brief. I am currently preparing for an upcoming trial, which is scheduled to begin on March 24, 2008, before Judge Marrero. Therefore, the Government respectfully requests a 30-day extension, until May 5, 2008, to prepare its response. This is the Government's first request for an extension. Because the petitioner is proceeding *pro se* in this matter, and is currently incarcerated, I have not obtained his consent to this request.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

                By:    _____
                       Amy Lester
                       Assistant United States Attorney
                       Tel: (212) 637-2416
                       Fax: (212) 637-2527

cc:    Maxmillian Sloley (by U.S. Mail)

---

*Handwritten annotation:*

Application granted. Petitioner shall serve and file any reply by June 20, 2008.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/5/2008